IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL PERRY MUHAMMAD                                                    PLAINTIFF
ADC #96905

v.                             CASE NO. 5:15CV00320 BSM

A. KING et al.                                                                        DEFENDANTS

## ORDER

The proposed findings and partial recommendations ("PRD") submitted by United States Magistrate Judge Jerome T. Kearney and plaintiff Michael Muhammad's objections thereto have been reviewed. After careful consideration of these documents and a *de novo* review of the record, the PRD are hereby adopted in all respects. Moreover, pursuant to Muhammad's request, Dr. Steve is dismissed as a defendant. *See* Doc. No. 6.

IT IS THEREFORE ORDERED that:

1       Muhammad's claims against defendants K. Hardgrave, CCS, and A. Gray are dismissed with prejudice.

2       Pursuant to Muhammad's request, Dr. Steve is voluntarily dismissed with prejudice.

IT IS SO ORDERED this 28th day of October 2015.

_____
UNITED STATES DISTRICT JUDGE