IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL PERRY MUHAMMAD,**                                                      **PLAINTIFF**
**ADC #96905**

v.                                    CASE NO. 5:15CV00320BSM

**Amanda KING et al.**                                                           **DEFENDANTS**

## ORDER

The proposed findings and partial recommendations ("PRD") submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful consideration, the PRD are hereby adopted in all respects an defendant Rory Griffin's motion to dismiss and to revoke *in forma pauperis* status [Doc. No. 9] is denied.

IT IS SO ORDERED this 10th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE