IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL PERRY MUHAMMAD,**                                                              **PLAINTIFF**
**ADC #96905**

CASE NO: 5:15CV00320 BSM

**A. KING et al.**                                                                                               **DEFENDANTS**

## ORDER

The proposed partial findings and recommendations ("PRD") submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. The parties have filed no objections. After careful consideration, the PRD are hereby adopted in all respects, defendant Rory Griffin's motion for summary judgment [Doc. No. 35] is granted, and plaintiff's complaint is dismissed with prejudice against Griffin. Accordingly, the clerk is directed to dismiss Griffin as a defendant immediately.

IT IS SO ORDERED this 16th day of February 2016.

_____
UNITED STATES DISTRICT JUDGE