IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL PERRY MUHAMMAD,**                                                   **PLAINTIFF**
**ADC #96905**

CASE NO. 5:15CV00320 BSM

**AMANDA KING et al.**                                                             **DEFENDANTS**

**ORDER**

The proposed findings and recommendations ("PRD") filed by United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After a careful consideration, the PRD are hereby adopted in all respects. Accordingly, plaintiff's motion to dismiss defendants' motion for summary judgment [Doc. No. 59] is denied, defendants' motion for partial summary judgment [Doc. No. 49] is granted, and defendants Kimberly Snow and Mandy Roe are dismissed without prejudice.

IT IS SO ORDERED this 15th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE